```
 1  ANDRÉ BIROTTE JR.
    United States Attorney
 2  ROBERT E. DUGDALE
    Assistant United States Attorney
 3  Chief, Criminal Division
    DAVID L. KIRMAN
 4  Assistant United States Attorney
    California Bar Number: 235175
 5       1400 United States Courthouse
         312 North Spring Street
 6       Los Angeles, California 90012
         Telephone: (213) 894-4442
 7       Facsimile: (213) 894-0142
         E-mail: david.kirman@usdoj.gov
 8
    Attorneys for Complainant
 9  UNITED STATES OF AMERICA
```

### UNITED STATES DISTRICT COURT

### FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF<br><br>GANG-CHOON HAN,<br><br>A Fugitive from the Government of the Republic of Korea. | NO. CV 11-2059-DMG(MLG)<br><br>**NOTICE OF LODGING OF [PROPOSED] ORDER SETTING BRIEFING SCHEDULE AND HEARING SCHEDULE** |

Complainant United States of America hereby gives notice that a "[Proposed] Order Setting Briefing And Hearing Schedule" was lodged with the Court today.

Respectfully submitted,

ANDRÉ BIROTTE JR.
United States Attorney

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

/s/ David Kirman
DAVID L. KIRMAN
Assistant United States Attorney
Organized Crime And Drug
  Enforcement Task Force

Attorneys for Complainant
UNITED STATES OF AMERICA

## CERTIFICATE OF SERVICE

I, **NETTIE RAFEE** declare:

That I am a citizen of the United States and resident or employed in Los Angeles, County, California; that my business address is Office of United States Attorney, Federal Courthouse 312 North Spring Street, Los Angeles, California 90012; that I am over the age of eighteen years, and am not a party to the above-entitled action;

That I am employed by the United States Attorney for the Central District of California who is a member of the Bar of the United States District Court for the Central District of California, at whose direction the service by mail described in this Certificate was made; that on March 17, 2011, I deposited in the United States mail, at the U.S. Courthouse, in the above-entitled action, in an envelope bearing the requisite postage, a copy of:; **NOTICE OF LODGING OF (PROPOSED) ORDER SETTING BRIEFING SCHEDULE AND HEARING SCHEDULE** was:

[ ] Placed in a closed envelope, for collection and interoffice delivery addressed as follows:

[X] Placed in a sealed envelope for collection and mailing via United States Mail, addressed as follows:

[] By hand delivery addressed as follows:

[] By facsimile as follows:

[ ] By messenger as follows:   [ ] By federal express as follows:

Myra Sun
**FEDERAL PUBLIC DEFENDERS**
**321 East 2nd Street**
**LOS ANGELES, CA 90012**

at her last known address, at which place there is a delivery service by United States mail.

This Certificate is executed on **March 17, 2011**, at Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct.

Nettie Rafee