ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
DAVID L. KIRMAN
Assistant United States Attorney
California Bar Number: 235175
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-4442
    Facsimile: (213) 894-0142
    E-mail: david.kirman@usdoj.gov

JS - 6

FILED
CLERK, U.S. DISTRICT COURT
JAN - 9 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Attorneys for Complainant
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF<br><br>GANG-CHOON HAN,<br><br>A Fugitive from the Government of the Republic of Korea. | NO. CV 11-2059-DMG(MLG)<br><br>[~~PROPOSED~~] **EXTRADITION CERTIFICATION** |

    Extradition proceedings having been brought in relation to the fugitive, GANG-CHOON HAN ("the fugitive"), by Complainant United States of America pursuant to 18 U.S.C. § 3184 and the Extradition Treaty in force between the United States and the Republic of Korea ("the Extradition Treaty"), and the undersigned judicial officer having considered the arguments presented by the parties in their papers and at the extradition hearings held on December 6, 2011 and January 6, 2012, during which no testimony was taken, and as set

//
//

1

forth in the Court's January 6, 2012 Memorandum and Order Granting Request for Extradition, IT IS HEREBY FOUND as follows:

(1) This Court has jurisdiction to conduct extradition proceedings;

(2) This Court has jurisdiction over the fugitive;

(3) The Extradition treaty between the United States and the Republic of Korea is in full force and effect;

(4) The treaty between the United States and the Republic of Korea permits extradition for the charges included in the United States' request for extradition;

(5) The extradition is not barred by the operation of the statute of limitations; and

(6) There is sufficient evidence to establish that the individual appearing before this Court is the fugitive who is charged and probable cause exists as to Charges 1, 3, and 5 of the United States' request for extradition.

THEREFORE, IT IS HEREBY ORDERED pursuant to 18 U.S.C. § 3184 that GANG-CHOON HAN is found extraditable and that this matter is certified to the Secretary of State so that a warrant may issue upon the requisition of the proper authorities of the government of the Republic of Korea for the surrender of GANG-CHOON HAN according to the stipulations of the Extradition Treaty. GANG-CHOON HAN shall remain on bond under the same terms and conditions as previously set pending extradition and

///
///
///

shall self-surrender to the United States Marshal, or his authorized representative, upon order of the Court.

DATED: January 9, 2012

_____
HON. MARC L. GOLDMAN
United States Magistrate Judge

Presented by:

       /s/
_____
DAVID L. KIRMAN
Assistant United States Attorney



UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**WESTERN DIVISION**
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

**TERRY NAFISI**
District Court Executive and
Clerk of Court

January 9, 2012

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

Secretary of State
U.S. Department of State
Office of the Legal Advisor
L-LEI Rm. 5419A
Washington, D.C. 20520
ATTN: Paralegal Specialist

Re:   Case No. CV11-02059-DMG (MLG)

U.S.A. v. Gang Choon Han              , Defendant

Dear Sir/Madam:

Enclosed are the following documents, which are being forwarded to you upon completion of extradition proceedings by this Court:

☒ Certified copy of the extradition order

☐ Certified copy of waiver of extradition proceedings

☐ Opinion or Order vacating extradition warrant

☒ Transcript of Proceedings:   ☐ enclosed    ☒ to be sent at a later time   ☐ will not be prepared

☐ Copies of exhibits admitted at hearing

☐ Original (red-ribboned) documents are being retained by the Court. If you are unable to obtain copies of these documents from the Department of Justice, please contact the Deputy Clerk at the above-listed telephone number.

☐ Copy of extradition order. Original "Entered" order will be sent later with further case documents, if any.

☒ Other : Certified copy of the minute order. Transcripts to be sent directly by court reporter services.

Clerk, U.S. District Court

Dated: January 9, 2012

By Denise Vo
    Deputy Clerk        ☐ Western Division
                        ☒ Southern Division
                        ☐ Eastern Division

cc: *File*

---

M-47 (09/08)                    **LETTER OF TRANSMITTAL OF DOCUMENTS RE EXTRADITION**