ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
DAVID L. KIRMAN
Assistant United States Attorney
California Bar Number: 235175
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-4442
    Facsimile: (213) 894-6289
    E-mail: david.kirman@usdoj.gov

Attorneys for Complainant
UNITED STATES OF AMERICA

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF<br><br>GANG-CHOON HAN,<br><br>A Fugitive from the Government of the Republic of Korea. | NO. CV 11-02059-DMG(MLG)<br><br>**[proposed] ORDER DIRECTING FUGITIVE GANG-CHOON HAN TO SURRENDER TO THE CUSTODY OF THE UNITED STATES MARSHAL AND VACATING HEARING DATE** |

Upon stipulation submitted by the parties, it is hereby ORDERED that:

(1) Fugitive Gang-Choon Han (the "fugitive") may remain on bond while the Secretary of State reviews materials he submitted in support of the fugitive's request that he not be extradited.

(2) By no later than 48 hours after written notice to the fugitive, through counsel, that the Secretary of State has decided to extradite the fugitive to the Republic of Korea, fugitive Gang-Choon Han shall surrender himself to the United States Marshal located at the Roybal Federal Building, 255 East

Temple Street, Los Angles, California 90012. Upon surrender, bonds shall be exonerated;

 (3) Upon any failure by the fugitive to surrender himself to the United States Marshal as ordered above, the United States Marshal is directed bring fugitive Gang-Choon Han into custody; and

 (4) Based on the parties' stipulation, the Court vacates the April 4, 2013 hearing date and order to show cause why the fugitive should not be remanded.

IT IS SO ORDERED

Dated: <u>April 3, 2013</u>

_____
MARC L. GOLDMAN
UNITED STATES MAGISTRATE JUDGE

cc: United States Marshal (by CRD)